DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

J.G.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3968

_____

June 14, 2024

Appeal from the Circuit Court for Hillsborough County; Kim Hernandez
Brennan, Judge.

Howard L. Dimmig, II, Public Defender, and Susan M. Shanahan,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Sonia C. Lawson,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior publication.